IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01031–EWN–KMT

RONALD ROY, HOODENPYLE, Trustee for the High Chaparral Holding Trust,

    Plaintiff,

v.

DEUTSCHE NATIONAL BANK HOLDING TRUST,
TRUSTEE NEW CENTURY MORTGAGE CO.,
ARONOWITZ & FORD LLP, and
JOHN AND JANE DOE 1-20,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Request that this Case Stay any Furthur [sic] Foreclosure Proceeding Until the Constitutional Issues are Answered" (Doc. No. 5, filed May 23, 2008). It is noted that this is not a case which has been removed from state court to federal court. In addition, it does not appear that all parties have properly been served to bring

them before this court. Further, this court does not have the authority to stay the proceedings in the state court action. Accordingly, the motion, (Doc. No. 5) is **DENIED**.

Dated this 3rd day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge